# United States District Court

DISTRICT OF KANSAS
(Wichita Docket)

**FILED**

OCT 20 2006

RALPH L. DeLOACH, CLERK
By _____ Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NUMBER: 06-M-6155-01-DWB |
| ) | |
| **JONEARL B. SMITH,** ) | Count 1 |
| ) | 21 U.S.C. § 841(a)(1) |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about October 19, 2006, in the District of Kansas,

**JONEARL B. SMITH,**

the defendant, did unlawfully, knowingly, and intentionally possess with the intent to distribute more than five (5) grams of a mixture or substance containing a detectable amount of Cocaine Base (crack cocaine), a controlled substance.

In violation of Title 21, United States Code § 841(a)(1).

I further state that I am a detective with the Wichita Police Department and that this complaint is based on the following facts:

(see attached affidavit, which is incorporated herein by reference.)

Continued on the attached sheet and made a part hereof:    X  Yes    ☐ No

_____
CLINT SNYDER
Detective, Wichita Police Department

Sworn to before me and in my presence this 20th day of October, 2006, at Wichita, Kansas.

_____
DONALD W. BOSTWICK
United States District Magistrate Judge

AFFIDAVIT

I, Clint Snyder, of lawful age, being first duly sworn on oath, depose and state:

Your Affiant is a Detective with the Wichita Police Department and in that capacity was assigned to the investigation of a case documented under Wichita Police case number 06C081543. Affiant has learned the following information:

On October 19, 2006, at approximately 1411 hours while riding 144 beat as a one officer unit, Officer Miller, ID #1616, advised that he needed a vehicle stopped near 21st and Minnesota. Officer Miller advised that a Maroon Ford Expedition with tag number WYU054 was southbound on Minnesota and turned westbound on 21st Street failing to signal its turn or failing to signal 100 feet of the turn. Officer Miller continued to follow the vehicle where it continued westbound on 21st then southbound on I-135.

Officer Landon caught up with the Ford Expedition and conducted a traffic stop on southbound I-135 just north of the First and Second street exit. The driver, JonEarl B. Smith, was asked to move off of I-135 to the southbound ramp due to the heavy congestion of traffic for officer safety and also the noise problem of being unable to hear the radio. The driver, JonEarl Smith, was the only occupant of the vehicle and the tag came back to himself as the registered owner. Officer Landon, ID #1869, completed a citation for the fail to signal turn at 21st and Minnesota. JonEarl Smith had a valid driver's license and did not have any warrants. Detective Martin, with the drug dog, was en route to our location due to the fact that it was believed this Ford Expedition left a high drug area, in particular a drug and gang house. Detective Martin arrived with the drug dog and Officer Landon had the citation completed to issue to JonEarl

-1-

Smith. Officer Weber, ID #1901, then spoke to JonEarl Smith and asked him about his federal probation. Mr. Smith explained that he was on federal probation for a criminal possession of firearm charge that he obtained in 1999. He stated that he had a prior felony so he was a convicted criminal in possession of a firearm and spent five years in federal prison and was released in 2005 and was currently on federal probation and had an ankle bracelet on his left ankle. Officer Weber asked JonEarl Smith if he had anything in his vehicle that would violate his federal probation and he replied with a verbal no. Officer Weber asked JonEarl Smith if he had any guns or weapons in the vehicle and he replied with a verbal no. Officer Weber then asked him if he had any drugs in the car and he replied with a verbal no. Officer Weber then asked Mr. Smith if he could search his vehicle for anything illegal and he replied with a verbal yes. At that time Officer Weber had Mr. Smith exit the drivers seat and conducted a pat down search for his safety. Officer Landon had the citation ready to issue to Mr. Smith, which he did so at that time. Officer Weber then conducted a search of the Ford Expedition after he did receive verbal consent from Mr. Smith. Officer Weber began with the drivers area of the vehicle and moved to the rear seat behind the drives seat. Officer Weber did not locate anything illegal. There was a large duffel bag containing cosmetology items. As Officer Weber was walking to the rear of the Expedition to go around to the passenger side to conduct a search there, he opened up the gas tank lid cover that had a chrome plate on it and observed, when he opened up the lid on the inside next to the gas fill cap, a clear plastic baggie containing a large amount of crack cocaine. At that time Officer Weber shut the gas lid and went over and took JonEarl Smith into custody. He was then placed in the back seat of Officer Weber's patrol vehicle. Officer Weber did seize a cell phone that was on his person, which he stated was his cell phone, along with

$595 that was in his right front pants pocket. There was one fifty, nine twenties, 32 tens, 9 fives. In JonEarl's left front pants pocket was $5 all in ones. All money was seized and submitted as evidence. Right at that time Detective Martin began to run his dog on the outside of the Ford Expedition when the dog did hit on the area of the gas tank fill area. After Detective Martin's dog hit on the crack cocaine in the gas tank fill area, photographs were taken of the Ford Expedition at the rear with the license plate, a side view and an up close view of the gas tank lid cover and the crack cocaine. Officer Weber then collected the crack cocaine which was later submitted as evidence to be tested for DNA and fingerprints. The crack cocaine field tested positive for crack cocaine and weighed approximately 29 grams.

FURTHER AFFIANT SAITH NOT.

_____
Detective Clint Snyder
Wichita Police Department
Affiant

SUBSCRIBED AND SWORN to before me this 20th day of October, 2006.

_____
DONALD W. BOSTWICK
United States Magistrate Judge