IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

JAN 10   2 59 PM '07

RALPH L. ____

BY: ____
AT WICHITA, KS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 06-10237-01-MLB |
| | ) | |
| JONEARL B. SMITH, | ) | Counts 1 - 3 |
| | ) | 21 U.S.C. §841 |
| | ) | |
| Defendant. | ) | Count 4 |
| | ) | 21 U.S.C. §853 |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## Count 1

On or about October 19, 2006, in the District of Kansas, the defendant,

## JONEARL B. SMITH,

did unlawfully, knowingly and intentionally possess with intent to distribute more than five

(5) grams of a mixture and substance containing a detectable amount of cocaine base (crack

cocaine), a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## Count 2

On or about June 16, 2006, in the District of Kansas, the defendant,

## JONEARL B. SMITH,

did unlawfully, knowingly and intentionally distribute more than five (5) grams of a mixture

and substance containing a detectable amount of cocaine base (crack cocaine), a controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### Count 3

On or about June 14, 2006, in the District of Kansas, the defendant,

### JONEARL B. SMITH,

did unlawfully, knowingly and intentionally distribute a mixture and substance containing

a detectable amount of cocaine salt (powder cocaine), a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges:

### Count 4

As a result of committing the foregoing offenses alleged in counts 1 through 3 of this

Superseding Indictment, the defendant,

### JONEARL B. SMITH,

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property, real and

personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result

of the said violations and any property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of the said violations, including but not limited to

the following:

A.    Conveyances

    1.    One  2001  Maroon  in  color  Ford  Expedition, VIN#1FMPU18L31LA95253.

B.    Money Judgment

A sum of money equal to $420.00 in United States currency, representing the amount

of proceeds obtained as a result of the offenses in counts 2 and 3, for which the defendant

is liable.

If any of the above-described forfeitable property, as a result of any act or omission

of the defendant:

    (A)    cannot be located upon the exercise of due diligence;

    (B)    has been transferred or sold to, or deposited with, a third party;

    (C)    has been placed beyond the jurisdiction of the court;

    (D)    has been substantially diminished in value; or

    (E)    has been commingled with other property which cannot be divided

        without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any

other property of the defendant up to the value of the forfeitable property described above.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

3

1-9-07
_____          _____
DATE                               FOREMAN OF THE GRAND JURY


_____
ERIC F. MELGREN
United States Attorney
1200 Epic Center
301 N. Main
Wichita, KS  67202
(316) 269-6481
Ks. S.Ct. No. 12430

(It is requested that trial be held in Wichita, Kansas.)

Returned in open court this 10th day of January, 2007.


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

4